**L. B. BINION, Appellant,**

v.

**UNITED STATES of America,**
**Appellee.**

**No. 16335.**

United States Court of Appeals
Fifth Circuit.

June 28, 1957.

Jacob Kossman, Philadelphia, Pa., for petitioner.

John R. Locke, Jr., Asst. U. S. Atty., Harman Parrott, Asst. U. S. Atty., San Antonio, Tex., Russell B. Wine, U. S. Atty., San Antonio, Tex., for respondent.

Before RIVES, TUTTLE and JONES, Circuit Judges.

PER CURIAM.

On the authority of Achilli v. United States, 77 S.Ct. 995 and Costello v. United States, 77 S.Ct. 1281, the judgment is

Affirmed.

**John C. GRAVENO and Joseph E. Stern, Appellants,**

v.

**EX–CELL–O CORPORATION, Appellee.**

**No. 13295.**

United States Court of Appeals
Sixth Circuit.

June 20, 1957.

Clyne, Kane, Ray & Talty, Cleveland, Ohio, for appellants.

Bosworth, Sessions, Herrstrom & Knowles, Cleveland, Ohio, Carlson, Pitzner, Hubbard & Wolfe, Chicago, Ill., for appellee.

PER CURIAM.

John C. Graveno and Joseph E. Stern have filed a notice of appeal "from that part of the Order of the District Court striking the plaintiff's demand for trial by jury * * *." The appellee has filed a motion to dismiss the appeal. Upon consideration of the said motion, the brief in support thereof, and the brief in opposition thereto, it appears that the motion is well taken and must be granted. City of Morgantown, W. Va. v. Royal Insurance Company, Ltd., 1949, 337 U.S. 254, 69 S.Ct. 1067, 93 L. Ed. 1347.

It is ordered that the appeal be and it hereby is dismissed.

**UNITED STATES ex rel. Louis BEVI-LACQUA, Petitioner-Appellant,**

v.

**Mark S. RICHMOND, Warden,**
**Respondent-Appellee.**

**No. 384, Docket 24572.**

United States Court of Appeals
Second Circuit.

Argued June 6, 1957.
Decided June 26, 1957.

William M. Cullina, Hartford, Conn., for petitioner-appellant.

Lorin W. Willis, State's Atty., Bridgeport, Conn., for respondent-appellee.

Before MEDINA, LUMBARD and WATERMAN, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of Judge Smith, reported sub nom. U. S. ex rel. Bevilacqua v. Reincke, D.C., 147 F.Supp. 933.

The Court wishes to express appreciation to appointed counsel for the time and effort spent in preparing and presenting petitioner's appeal.